# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WADELL MONEYHAM, <br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, ET AL., <br> Respondent. | Case No. EDCV 17-329-VBF (KK) <br><br> ORDER TO SHOW CAUSE |

On February 14, 2017, Plaintiff constructively filed a Complaint against defendants United States of America, Escamilla, Herrera, Jimenez, Marroquin, Olmos, Price, and Valencia ("Defendants") pursuant to <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u> ("<u>Bivens</u>"), 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971). ECF Docket No. ("Dkt") 1.

On September 20, 2017, Defendants filed a *fifth* Ex Parte Application to Extend Time to File Answer. Dkt. 28. On September 21, 2017, the Court granted Defendants' Application and granted Defendants until October 13, 2017 to respond to the Complaint. Dkt. 29. As of this date, Defendants have not complied with the October 13, 2017 Order.

Accordingly, Defendants are ORDERED TO SHOW CAUSE in writing, **on or before October 24, 2017**, why Defendants have failed to file any responsive

pleading. Defendants are cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

Dated: October 17, 2017

HONORABLE KENLY KIYA KATO
United States Magistrate Judge