UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

_____
|                                   |
| **ANTHONY WADELL MONEYHAM,**      | Case No. ED CV 17-00329-VBF-KK
|                                   |
| Plaintiff,                        | **ORDER**
|                                   |
| v.                                | Overruling Defendants' Objections and
|                                   | Adopting the Report & Recommendation:
| UNITED STATES OF AMERICA,         |
| Officer Escamilla, Officer Herrera,| Denying Doc. #32: Denying Defendants'
| Officer Marroquin, Officer Jimenez,| Motion to Dismiss and Denying Without
| Officer Olmos, officer Valencia, and| Prejudice the Defendants' Motion for
| Paramedic Price,                  | Summary Judgment
|                                   |
| Defendants.                       |
|_____|

    The Court has reviewed the civil-rights complaint, *see* CM/ECF Document ("Doc") 1; the individual defendants' motion to dismiss or in the alternative for summary judgment (Doc 32); the compact disc containing videos whose lodging was noted at Document 36; plaintiff Moneyham's opposition brief (Doc 44) with supporting declaration (Doc 42) and Statement of Genuine Issues of Material Fact (Doc 43); defendants' reply brief (Doc 47); the United States Magistrate Judge's May 31, 2018 Report and Recommendation ("R&R") (Doc 48) and defendants' objections thereto (Doc 50); and the applicable law. Plaintiff did not respond to the objections within the time allotted by Fed. R. Civ. P. 72(b)(2).

    As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of

the portions of the R&R to which the moving defendants specifically objected and finds no defect of law, fact, or logic in the R&R. *See Rael v. Foulk*, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015), *COA denied*, No. 15-56205 (9th Cir. Feb. 18, 2016). The Court finds discussion of defendants' unpersuasive objections unnecessary on this record. "The Magistrates Act 'merely requires the district judge to make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.'" It does not require the district judge to provide a written explanation of the reasons for rejecting objections. *See MacKenzie v. Calif. AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (quoting *US v. Bayer AG*, 639 F. App'x 164, 168-69 (4th Cir. 2016) (per curiam)), "particularly . . . where, as here, the objections are plainly unavailing." *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016). Accordingly, the Court accepts the Magistrate's findings and conclusions and will implement his recommendations.

### ORDER

Defendants' objection **[Doc # 50] is OVERRULED.**

The Report and Recommendation **[Doc # 48] is ADOPTED.**

**The Court rules on defendants' motion to dismiss or in the alternative for summary judgment [Doc # 32] as follows:**

Defendants' motion to dismiss is DENIED.

Defendants' motion for summary judgment is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: August 6, 2018

_____
Hon. Valerie Baker Fairbank
Senior United States District Judge