**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WADELL MONEYHAM, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL., <br><br> Defendant(s). | Case No. EDCV 17-329-JVS (KK) <br><br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 06, 2019

HONORABLE JAMES V. SELNA
United States District Judge